**Morrison Cohen**

---

Application granted. The July 8, 2026 initial conference is adjourned to August 6, 2026 at 10:00 a.m. via telephone conference. At the time of the scheduled conference, all parties shall call the following number: (855) 244-8681; access code 2317 236 5283.

The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 21.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        June 22, 2026

---

**Via ECF**
Hon. Philip M. Halpern, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

>          Re:     **Monet Gray v. Valentino U.S.A., Inc.**
>                  **Docket No. 7:26-cv-01768 (PMH) – Request to Adjourn Conference**

Dear Judge Halpern:

We represent Defendant Valentino U.S.A., Inc. (hereinafter, "Defendant") in the above-referenced matter. We write pursuant to Rule 1(C) of Your Honor's Individual Practices in Civil Cases to respectfully request that the Court adjourn the Initial Conference currently scheduled for July 8, 2026, until the week of August 3, 2026, or as soon thereafter as is convenient for the Court.

This request is made because lead counsel for Valentino will be travelling internationally with family and will not be able to join the telephonic conference at the scheduled time. This is the first request for an adjournment of the Initial Conference. We have discussed this request with Plaintiff's lead counsel, Jon Norinsberg, who consents to this request.

We thank the Court for its attention to this matter.

>                          Respectfully submitted,
>
>
>                          */s/ Keith A. Markel*
>                          Keith A. Markel

CC: All counsel (via ECF)

Morrison Cohen LLP | 909 Third Avenue | New York, NY 10022-4784 | P 212.735.8600 | F 212.735.8708 | morrisoncohen.com